An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY DAVID JONES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62566



FILED

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of coercion. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

Appellant Terry David Jones contends that the restitution award should be vacated because there is no basis in the record for the award and neither the State nor the victim requested restitution. Because Jones did not object to the amount of restitution in the district court, he waived any appellate challenge to the amount of the award. *See Martinez v. State*, 115 Nev. 9, 12-13, 974 P.2d 133, 135 (1999). Further, we conclude that Jones fails to demonstrate plain error regarding the imposition of restitution especially where he specifically informed the court at sentencing that he would pay restitution. *See Mendoza-Lobos v. State*, 125 Nev. 634, 644, 218 P.3d 501, 507 (2009) (reviewing an unobjected-to error at sentencing for plain error); *see also* NRS 176.033(1)(c) (requiring the court to set a restitution amount for each victim if appropriate).

To the extent Jones contends that his guilty plea is invalid because he believed that no restitution would be imposed, this claim is not appropriate for review on direct appeal and we need not address it. *See Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 368 (1986), *holding*

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27776

*limited by Smith v. State*, 110 Nev. 1009, 1010 n.1, 879 P.2d 60, 61 n.1 (1994); *see also O'Guinn v. State*, 118 Nev. 849, 851-52, 59 P.3d 488, 489-90 (2002). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Brent T. Adams, District Judge
      Washoe County Public Defender
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk